**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:14-cr-10227-PBS-1 |
| | ) | |
| CAMERON LACROIX | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests that the Supervised Release Revocation hearing currently scheduled for February 27, 2019 at 10:00 am be continued approximately 20-30 calendar days.

In support of this motion to continue, the government states that it is awaiting a search warrant return for historical cell site data that may contain valuable information relevant to the defendant's Violation No. 4 (that defendant not commit another local, state or federal crime). As such, the interests of justice would be best served by granting this extension. In further support of this motion to continue, the undersigned attorney also has a previously scheduled work trip out of state on February 27, 2019. The United States has conferred with defense counsel who takes no position as to this request for a continuance.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Dated: February 20, 2019          By:   /s/ Mackenzie A. Queenin
                                        MACKENZIE A. QUEENIN (BBO #688114)
                                        Assistant United States Attorney
                                        John Joseph Moakley Courthouse
                                        One Courthouse Way, Suite 9200
                                        Boston, Massachusetts 02210
                                        Tel: (617) 748-3338
                                        mackenzie.queenin@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on February 20, 2019 I caused a copy of the foregoing document to be served via the ECF system on all counsel of record.


Dated:  February 20, 2019          By:    /s/ Mackenzie A. Queenin

                                          Mackenzie A. Queenin
                                          Assistant United States Attorney