UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 14-cr-10227-PBS
)
CAMERON LACROIX, )
)
Defendant )

## OPPOSITION TO MOTION TO COMPEL

The defendant has filed a civil case, *Cameron Lacroix v. Leatherman et. al*., 25-cv-13452-ADB. In his 2014 criminal case, the defendant has filed a Motion to Compel U.S. Probation for Documents. 14-cr-10227-PBS, Dkt. 92. In the motion the defendant alleges he is seeking evidence in support of his civil matter. *Id.* Accordingly, any potential avenue for the requests set forth in the defendant's motion should be filed and ultimately assessed in the active civil case, should it be permitted to go forward. The motion as presently filed in the criminal matter should be denied because it is not properly before the Court as the motion is not a proper mechanism for discovery in a closed criminal matter.

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

By: */s/ Mackenzie Queenin*
Mackenzie Queenin
Assistant U.S. Attorney

Date: January 23, 2026

<u>Certificate of Service</u>

I hereby certify that this document is filed on ECF and a copy will also be provided to the defendant.

*/s/ Mackenzie A. Queenin*
Mackenzie A. Queenin
Assistant United States Attorney

Date: January 23, 2026