Cameron Lacroix
PO Box 620144
Newton, MA 02462

U.S. District Judge Patti B. Saris & William G. Young
1 Courthouse Way
Boston, MA 02210

August 11, 2026

Dear Judge Saris & Judge Young,

I am hereby requesting that all of my attorney's of record be formally terminated by the Clerk as they are no longer representing me in this case and requesting e-Filing access. I was a victim of Government weaponization and this aggressive lawfare had been ramped up due to the fact that I had filed civil litigation against various members of law enforcement and intelligence officers.

In the past several months I have been falsely detained, arrested, and held against my will in various facilities by members of law enforcement three times between July 10, 2026 and August 1, 2026. For example, I was seized by law enforcement and taken into custody based on a frivolous Section 12 which contained manufactured evidence. I was able to see this document which was in the hands of an EMS staffer and saw the name Barton Miller on it. This is the same individual who is noted in my lawsuit, Lacroix v. Leatherman, identified as "B.M.".

In summary, I am providing this brief supplement to provide you with additional information related to the reasonings behind this filing. I am a Pro Se litigant, unrepresented, and an American citizen who has been unlawfully restrained multiple times due to information which is disputed.

I swear under penalty of perjury that the aforementioned is true to the best of my belief.

Thank You,
Cameron Lacroix
(617) 539-6662
cameronlacroix@proton.me